IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TINENE E. BEAVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-4131-RDR |
| ) | |
| SUPERCUTS & REPRESENTATIVES, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On December 7, 2005, the court granted the parties' motions (Docs. 15 & 16) for production of all records contained in the KHRC's investigative file(s) pertaining to charges filed by plaintiff Tinene E. Beaver against defendants Supercuts, Inc., and Karen E. Andrews, KHRC Case Nos. 27511-04 and 28218-04, except such portions thereof which were of a deliberative or conciliatory nature or attorney work product of the KHRC's legal staff.  The court ordered the KHRC to submit any portion of the investigative file which it believed to be of a deliberative or conciliatory nature, or attorney work product of the KHRC's legal staff, to the undersigned for an *in camera* review.

The court has reviewed the documents submitted by the KHRC and finds that all of the documents submitted are of a deliberative or conciliatory nature or attorney work product and, therefore, not discoverable.

Copies of this Order shall be mailed to all counsel of record, unrepresented parties and the KHRC.

IT IS SO ORDERED.

Dated this 16th day of December, 2005, at Topeka, Kansas.

                s/ K. Gary Sebelius
                K. Gary Sebelius
                U.S. Magistrate Judge